# 980 CASES REPORTED WITH BRIEF SYLLABI.

— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of the Application for a Writ of Mandamus of Thomas T. Thomson, Appellant, v. Calvin Tomkins, Individually and as Commissioner of Docks and Ferries of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Hyman Davis, Respondent, v. George J. Faour and Others, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss complaint for want of prosecution granted, with ten dollars costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Horace A. Demarest, Respondent, v. Frank A. Carr, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

W. Russell Root, Appellant, v. Wilbur C. Fisk and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin and Scott, JJ.

Charlotte Vaughan, Respondent, v. Edward Vaughan, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to renew as stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Proving the Last Will and Testament of Ernst Spormann, Deceased, as a Will of Real and Personal Property. Maud Spormann and Others, Appellants; Elizabeth Schwerdtfeger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Adolf Aspegren and Another, Appellants, v. Seggerman Brothers, Incorporated, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Adolf Aspegren and Another, Appellants, v. Seggerman Brothers, Incorporated, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Tillie Wacht, Respondent, v. Twenty-eighth Street and Seventh Avenue Realty Company and Another, Appellants, Impleaded with Others.— Appeal dismissed, with ten dollars costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Liber Buchman and Others, Appellants, v. Sholiem Jallowsky, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Joseph T. McCaddon, Appellant, v. Central Trust Company of New York, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.